Exhibit 1

03/20/20
11:35 AM

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

F I L E D

MAR 12 2020

K. BICKER CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____
S. Gonzalez, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Costco Wholesale Corporation, a California Corporation; and DOES 1 to 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Margaret Edwinson, an individual

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, . (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Contra Costa County Superior Court<br>Wakefield Taylor Courthouse, 725 Court Street, Martinez, California 94553 | CASE NUMBER *(Número del Caso):* C20-00518 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Erik S. Velie, Victory Law Group, LLP; 24324 Walnut Street, Suite A, Newhall, California 91321

| DATE:<br>*(Fecha)* ~~02/10/2020~~ MAR 12 2020 | Clerk, by<br>*(Secretario)* S. Gonzalez | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*:

   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Erik S. Velie, Esq. (SBN 252446)
VICTORY LAW GROUP, LLP
24324 Walnut Street, Suite A
Newhall, California 91321
TELEPHONE NO. (661) 367-6512     FAX NO. *(Optional)* (855) 640-7962
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff, Margaret Edwinson

FILED
MAR 12 2020
K. SIDLER CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By _____ B. Gonzalez, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS: 725 Court Street
CITY AND ZIP CODE: Martinez, California 94553
BRANCH NAME: Wakefield Taylor Courthouse

PLAINTIFF: Margaret Edwinson, an individual

DEFENDANT: Costco Wholesale Corporation, a California Corportion AND

[✓] DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE     [ ] OTHER *(specify)*:
  [ ] Property Damage     [ ] Wrongful Death
  [✓] Personal Injury     [ ] Other Damages *(specify)*:
Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

PER LOCAL RULE, THIS CASE IS ASSIGNED TO DEPT 77 FOR ALL PURPOSES.

CASE NUMBER:
C20-00528

1. Plaintiff *(name or names)*: Margaret Edwinson. an individual
   alleges causes of action against defendant *(name or names)*:
   Costco Wholesale Corporation, a California Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Edwinson v. Costco Wholesale Corporation et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Costco WholesaleCorp   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):          (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                   (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                              (5) ☐ other (specify):


   b. ☐ except defendant (name):                          d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):          (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                   (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                              (5) ☐ other (specify):


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-50 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 50-100 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Edwinson v. Costco Wholesale Corporation et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify)*:

      Emotional Distress

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 02/12/2020

Erik S. Velie, Esq,
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    COMPLAINT—Personal Injury, Property    Page 3 of 3
                                      Damage, Wrongful Death

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Edwinson v. Costco Wholesale Corporation, et al. | |

First (1) _____     **CAUSE OF ACTION—Premises Liability**      Page \_\_\_\_4\_\_\_\_
    (number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Margaret Edwinson, an individual
    alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
    On *(date):* 04/15/2018           plaintiff was injured on the following premises in the following

    fashion *(description of premises and circumstances of injury):*

    Plaintiff sustained injuries and damages when she trippped and fell inside Costco Wholesale
    located at 2400 Monument Boulevard, Concord, California 94520. Defendants owned,
    operated, maintained, managed and controlled the property. Defendants are responsible for
    their failure to maintain the premises by allowing a dangerous condition to exist that caused
    plaintiff to trip. Plaintiff is informed and believes that dangerous condition existed for a
    sufficient period of time for defendants to have warned plaintiff.

Prem.L-2.   ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and
      operated the described premises were *(names):*
      Costco Wholesale Corporation, a California Corporation

      ☑ Does 1 _____ to 30 _____

Prem.L-3.   ☑ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
      or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
      *(names):*

      ☑ Does 31 _____ to 50 _____

      Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.   ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
      on which a dangerous condition existed were *(names):*

      ☐ Does _____ to _____

      a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the
          dangerous condition in sufficient time prior to the injury to have corrected it.
      b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the
      other defendants and acted within the scope of the agency were *(names):*
      Costco Wholesale Corporation, a California Corporation

      ☑ Does 51 _____ to 100 _____

      b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
         ☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

**CAUSE OF ACTION—Premises Liability**

PLD-PI-001(2)

| SHORT TITLE:<br>Edwinson v. Costco Wholes Corporation, et al. | CASE NUMBER: |
|---|---|

Second (2) _____     **CAUSE OF ACTION—General Negligence**     Page _____5_____
    (number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   Margaret Edwinson, an individual

     alleges that defendant *(name)*:   Costco Wholesale Corporation, a California Corporation

             ☑ Does   1 _____ to   100 _____

     was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*: 04/15/2018
at *(place)*: 400 Monument Boulevard, Concord, California 94520

*(description of reasons for liability):*

On or about April 15, 2018 Plaintiff Margaret Edwinson was seriously injured on Defendants'
premises located at 2400 Monument Boulevard, Concord, California 94520. Defendants and each
of them negligently owned, occupied, maintained, leased, used, controlled, managed, directed,
inspected, repaired, cleaned, supervised, and operated the above-described premises so as to cause
Plaintiff Teresa Tapia to slip and fall when she came into contact with a dangerous condition on
the subject property. Plaintiff sustained serious injuries and incurred damages as a direct result of
the negligence of defendants in installing, constructing, maintaining, inspecting, repairing,
managing, supervising, controlling and/or operating the premises and walking surfaces located at
400 Monument Boulevard, Concord, California 94520. As a direct and proximate result of the
negligence and carelessness of Defendants and each of them, Plaintiff Margaret Edwinson
sustained injuries and damages. Due to the acts and failure to acts including the failure to warn of
such dangerous condition, Defendants and each of them are liable for injuries to Plaintiff
Maragret Edwinson. Plaintiff is informed and believes and thereon alleges that said hazardous
condition was caused and created by Defendants and existed for a sufficient period of time prior
to the incident for Defendants to have corrected, removed, and/or warned Plaintiff of the
existence of said conditions, which Defendants negligently and carelessly failed to do, causing
serious injuries to Plaintiff. The dangerous condition that caused plaintiff to slip constituted an
unreasonable risk of harm. Defendants had actual and/or constructive notice of said dangerous
condition. Defendants also failed to warn Plaintiff of the risks and dangers of which Defendants
created or knew, or in the existence of reasonable care should have known, and which were
unknown and not readily apparent to Plaintiff.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
       **CAUSE OF ACTION—General Negligence**        Code of Civil Procedure 425.12
www.courtinfo.ca.gov

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

LERMA VS MEYER

NOTICE OF CASE MANAGEMENT CONFERENCE                    CIVMSC20-00527

1.  NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE:  07/30/20      DEPT:  21      TIME:   8:30

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION
SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK
STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES.  ALL PARTIES
SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY
OF RECORD MUST APPEAR.

2.  You may stipulate to an earlier Case Management Conference.   If
all parties agree to an early Case Management Conference, please
contact the Court Clerk's Office at (925)608-1000 for Unlimited Civil
and Limited Civil cases for assignment of an earlier date.

3.  You must be familiar with the case and be fully prepared to par-
ticipate effectively in the Case Management Conference and to discuss
the suitability of this case for the EASE Program, private mediation,
binding or non-binding arbitration, and/or use of a Special Master.

4.  At any Case Management Conference the court may make pretrial
orders including the following:

        a.  an order establishing a discovery schedule
        b.  an order referring the case to arbitration
        c.  an order transferring the case to limited jurisdiction
        d.  an order dismissing fictitious defendants
        e.  an order scheduling exchange of expert witness information
        f.  an order setting subsequent conference and the trial date
        g.  an order consolidating cases
        h.  an order severing trial of cross-complaints or bifurcating
            issues
        i.  an order determining when demurrers and motions will be filed

                              SANCTIONS
If you do not file the Case Management Conference Questionnaire or
attend the Case Management Conference or participate effectively in
the Conference, the court may impose sanctions (including dismissal of
the case and payment of money).

        Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this
action, and that I delivered or mailed a copy of this notice to the
person representing the plaintiff/cross-complainant.

Dated:  03/12/20              _____
                              S. GONZALEZ
                              Deputy Clerk of the Court

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Erik S. Velic (SBN 22446)<br>VICTORY LAW GROUP, LLP<br>24324 Walnut Street, Suite A<br>Newhall, California 91321<br>TELEPHONE NO.: (66) 367-6512    FAX NO.: (855) 640-7962<br>ATTORNEY FOR *(Name):* Plaintiff, Margaret Edwinson | **F I L E D**<br><br>MAR 12 2020<br>K. UEILER CLERK OF THE COURT<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF CONTRA COSTA<br>By_____<br>R. Gonzalez, Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Contra Costa |
|---|
| STREET ADDRESS: 725 Court Street |
| MAILING ADDRESS: 725 Court Street |
| CITY AND ZIP CODE: Martinez, California 94553 |
| BRANCH NAME: Wakefield Taylor Courthouse |

| CASE NAME:<br>Edwinson v. Costco Wholesale Corporation et al. | |
|---|---|

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited    [ ] Limited<br>(Amount      (Amount<br>demanded     demanded is<br>exceeds $25,000)   $25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | C20-00528<br>JUDGE: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort**<br>[ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[✓] Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>[ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35)<br>**Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37)<br>**Real Property**<br>[ ] Eminent domain/Inverse<br>    condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26)<br>**Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the<br>    above listed provisionally complex case<br>    types (41)<br>**Enforcement of Judgment**<br>[ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve           in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary    b.[ ] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
4. Number of causes of action *(specify):* 2 (two) Premises Liability and General Negligence
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 02/12/2020
Erik S. Velie, Esq.
_____    ▶ _____
(TYPE OR PRINT NAME)                     (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the*
    *case involves an uninsured*
    *motorist claim subject to*
    *arbitration, check this item*
    *instead of Auto)*
**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or*
    *toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil*
    *harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer*
      *or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally*
    *complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent*
      *domain, landlord/tenant, or*
      *foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal*
    *drugs, check this item; otherwise,*
    *report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex*
    *case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-*
      *domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified*
    *above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-*
      *harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified*
    *above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

# Exhibit 2

SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
CHERIE J. EDSON (State Bar No. 208598)
cje@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION,
erroneously sued herein as "COSTCO
WHOLESALE CORPORATION, a California
Corporation"

SUPERIOR COURT OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| MARGARET EDWINSON,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a California Corporation and DOES 1 to 100,<br><br>Defendant. | Case No. MSC20-00528<br><br>[Assigned for All Purposes to:<br>Hon. Steve K. Austin, Dept. 33]<br><br>**ANSWER TO COMPLAINT**<br><br>Action Filed:      March 12, 2020 |

Defendant COSTCO WHOLESALE CORPORATION ("Defendant") hereby answers the Complaint of Plaintiff MARGARET EDWINSON ("Plaintiff") as follows:

## **GENERAL DENIAL**

Pursuant to Code of Civil Procedure section 431.30(d), Defendant generally denies each and every allegation contained in Plaintiff's Complaint, and each and every cause of action therein, and specifically denies that Plaintiff has been damaged in any respect by any allegedly wrongful act or omission on the part of Defendant, its officers, employees, or agents.  This paragraph is incorporated by reference into each and every affirmative defense set forth below.

///

## FIRST AFFIRMATIVE DEFENSE

### (*Failure to State a Cause of Action*)

The Complaint, and each cause of action thereof, fails to set forth facts sufficient to constitute a cause of action against this answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (*Comparative Fault*)

Defendant alleges that Plaintiff was careless and negligent in and about the matter alleged in his Complaint and that said carelessness and negligence on said Plaintiff's own part proximately contributed to the happening of the accident, to the injuries, losses and damages complained of, if any there were.

## THIRD AFFIRMATIVE DEFENSE

### (*Fault of Others*)

While at all times denying any liability and responsibility whatsoever to Plaintiff herein, Defendant contends that the alleged liability or responsibility is small in proportion to the alleged liability and responsibility of other persons and entities, including other persons and entities who may or may not be defendants herein, and that Plaintiff should be limited to seeking recovery from these defendants for the proportion of alleged injuries and damages for which these defendants are allegedly liable or responsible, all such alleged liability and responsibility being expressly denied.

## FOURTH AFFIRMATIVE DEFENSE

### (*Assumption of the Risk*)

Plaintiff is barred from asserting any claim against Defendant by reason of Plaintiff's assumption of the risk of the matters causing the injuries and damages incurred, if any.

## FIFTH AFFIRMATIVE DEFENSE

### (*Failure to Use Reasonable Diligence*)

Defendant is informed and believes and thereon alleges that Plaintiff's injuries, losses or damages, if any, were aggravated by Plaintiff's and/or other defendants' and/or nonparties' failure to use reasonable diligence.

///

## SIXTH AFFIRMATIVE DEFENSE

### *(Doctrine of Laches)*

Defendant alleges that the Plaintiff's claims are barred by the equitable doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE

### *(Waiver / Estoppel)*

Plaintiff has waived and is estopped from asserting any claim against this Defendant by reason of Plaintiff's approval and consent to the risk in the matters causing the damages alleged, if any, in her acknowledgment of, acquiescence in and consent to the alleged act or omissions, if any, of this Defendant.

## EIGHTH AFFIRMATIVE DEFENSE

### *(Failure to Mitigate Damages)*

Defendant alleges that Plaintiff's injuries, losses and damages suffered, if any, which are expressly denied, were caused by Plaintiff's failure to take reasonable steps to mitigate such damages; to the extent that such injuries, losses or damages were caused by Plaintiff's failure to take reasonable steps to mitigate such damages, that such are not recoverable against this answering Defendant.

## NINTH AFFIRMATIVE DEFENSE

### *(Civil Code §1431.2 Apportionment)*

The liability of this answering Defendant, if any, for Plaintiff's economic loss should be prorated pursuant to the provisions of California Civil Code section 1431.2.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays as follows:

1. That Plaintiff takes nothing by reason of the Complaint;
2. For judgment in Defendant's favor and dismissal of the action with prejudice;
3. For Defendant's attorneys' fees against Plaintiff
4. For costs of suit; and

///

///

5.    For such other relief that the Court deems just and proper.

DATED:  April 17, 2020

SEVERSON & WERSON
A Professional Corporation


By: _____
                 Cherie J. Edson

Attorneys for Defendant COSTCO WHOLESALE
CORPORATION, erroneously sued herein as
"COSTCO WHOLESALE CORPORATION, a
California Corporation"

Exhibit 3

SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
CHERIE J. EDSON (State Bar No. 208598)
cje@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION,
erroneously sued herein as "COSTCO
WHOLESALE CORPORATION, a California
Corporation"

SUPERIOR COURT OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| MARGARET EDWINSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION a<br>California Corporation and DOES 1 to 100 ,<br><br>            Defendant. | Case No: C20-00528<br><br>[Assigned for All Purposes to:<br>Hon. Steve K. Austin, Dept. 33]<br><br>**STIPULATION FOR REMOVAL TO**<br>**FEDERAL COURT**<br><br>Action Filed:      March 12, 2020<br>Trial Date:        None Set |

**IT IS HEREBY STIPULATED** by and between Plaintiff MARGARET EDWINSON and

Defendant COSTCO WHOLESALE CORPORATION, by and through their respective counsel of

record, as follows:

    1.      Plaintiff MARGARET EDWINSON ("Plaintiff"), a California citizen, brought the

instant action against Defendant COSTCO WHOLESALE CORPORATION ("Costco"), a

corporation organized under the laws of the State of Washington, with its principal place of

business in Issaquah, Washington.

    2.      Costco was served with the Summons and a copy of the initial Complaint on or

about March 20, 2020.

75005.0038/15301948.1

3.      Plaintiff alleges that on April 15, 2018 she was seriously injured when she tripped and fell inside Costco premises located in Concord, California.  Plaintiff seeks damages for wage loss, hospital and medical expenses, loss of use of property, property damages, general damages, loss of earning capacity and emotional distress.

4.      Plaintiff hereby stipulates that her claimed damages resulting from the above-mentioned alleged incident that is the subject of the within action will exceed $75,000.00, exclusive of interest and cost.

5.      This stipulation does not represent concession or agreement by Costco as to the value of Plaintiff's damages or claims herein.

6.      The parties hereby agree and stipulate that because it is claimed by Plaintiff that the amount in controversy in this action exceeds $75,000.00 and because Plaintiff and Costco are citizens of different states, federal subject matter jurisdiction exists based upon complete diversity of citizenship pursuant to 28 U.S.C. § 1332.

7.      The parties hereby agree and stipulate to removal of this action to the Northern District Court of California pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.  As this action was commenced in the Contra Costa County Superior Court, removal to the Northern District of California is appropriate.

8.      This Stipulation may be executed in counterparts and the assembled signatures shall be deemed as part of the fully executed document.  It is further agreed that an electronic or facsimile signature shall be as valid and binding as an original.

DATED: March __, 2020                  VICTORY LAW GROUP, LLP

                                       By: _____
                                                    Erik S. Velie

                                       Attorneys for Plaintiff MARGARET EDWINSON

1

DATED:  April 6, 2020

SEVERSON & WERSON
A Professional Corporation

2

3

4

By: _____
                 Cherie J. Edson

5

6

Attorneys for Defendant COSTCO WHOLESALE
CORPORATION, erroneously sued herein as
"COSTCO WHOLESALE CORPORATION, a
California Corporation"

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR REMOVAL TO FEDERAL COURT

Exhibit 4

 LexisNexis®

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2020 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date:4/6/2020
Report processed by:
Severson & Werson PC

| Full Name | Address | County | Phone |
|---|---|---|---|
| EDWINSON, MARGARET R | 4664 SUGARLAND CIR | CONTRA COSTA | ███████ |
| | CONCORD, CA 94521-4311 | | |
| | CONTRA COSTA COUNTY | | |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| ████████ | 4/1953 | | 000733026787 | ███████████ |
| | (Age:66) | | | ████████████ |
| | | | | █████████████ |
| | | | | ████████████ |
| | | | | █████████ |
| | | | | █████████ |
| | | | | ██████████ |

## Subject Summary

## Name Variations

1:   EDWINSON, M R

2:   EDWINSON, MARGARET

3:   EDWINSON, MARGARET M

4:   EDWINSON, MARGARET R

5:   SCHEMBRI, MARGARET R

## SSNs Summary

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |

1: ███████████        California              1968

## DOBs
**Reported DOBs:**

4/1953

4/1953

## Possible E-Mail Addresses

████████████████

███████████████████

██████████████████████

███████████████████

█████████████████

██████████████

██████████████████

## Others Using SSN - 0 records found
## Address Summary - 8 records found
No.      Address

1:      4664 SUGARLAND CIR

CONCORD, CA 94521-4311

CONTRA COSTA COUNTY


2:      14 CAPTAIN CT

SACRAMENTO, CA 95831-2529

SACRAMENTO COUNTY


3:      743 SWEENY ST

SAN FRANCISCO, CA 94134-1015

SAN FRANCISCO COUNTY


4:      837 LADERA CORTE

SAN RAMON, CA 94583-1729

CONTRA COSTA COUNTY

| No. | Address |
|-----|---------|

5:   5805 PALM AVE APT 104

SACRAMENTO, CA 95841-2957

SACRAMENTO COUNTY


6:   PALM AVE

SACRAMENTO, CA 95814

SACRAMENTO COUNTY


7:   PO BOX 30098

WALNUT CREEK, CA 94598-9098

CONTRA COSTA COUNTY


8:   206 AVALON DR

DALY CITY, CA 94015-4601

SAN MATEO COUNTY


**Address Details**
**Voter Registrations - 0 records found**
**Driver Licenses - 0 records found**
**Professional Licenses - 0 records found**
**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 0 records found**
**Weapon Permits - 0 records found**
**1: 4664 SUGARLAND CIR CONCORD, CA 94521-4311**

| Address | Dates | Phone |
|---------|-------|-------|
| 4664 SUGARLAND CIR | 3/1978 - 3/2020 | ██████████ |
| CONCORD, CA 94521-4311 | | |
| CONTRA COSTA COUNTY | | |

**Census Data for Geographical Region**

Median Head of Household Age: 40

Median Income: $132,377

Median Home Value: $619,949

Median Education: 15 years

**Household Members**

EDWINSON, RICHARD J

**Other Associates**

None Listed

**2: 14 CAPTAIN CT SACRAMENTO, CA 95831-2529**

| Address | Dates | Phone |
|---|---|---|
| 14 CAPTAIN CT | 10/2006 - 5/2016 | ███████ |
| SACRAMENTO, CA 95831-2529 | | |
| SACRAMENTO COUNTY | | |

**Census Data for Geographical Region**

Median Head of Household Age: 48

Median Income: $77,787

Median Home Value: $380,921

Median Education: 13 years

**Household Members**

None Listed

**Other Associates**

MCLAIN, RONALD LEE

**3: 743 SWEENY ST SAN FRANCISCO, CA 94134-1015**

| Address | Dates | Phone |
|---|---|---|
| 743 SWEENY ST | 1983 - 7/2011 | ███████ |
| SAN FRANCISCO, CA 94134-1015 | | |
| SAN FRANCISCO COUNTY | | |

**Census Data for Geographical Region**

Median Head of Household Age: 48

Median Income: $72,466

Median Home Value: $626,042

Median Education: 13 years

**Household Members**

None Listed

**Other Associates**

SCHEMBRI, MARY ANN


**4: 837 LADERA CORTE SAN RAMON, CA 94583-1729**

| Address | Dates | Phone |
|---|---|---|
| 837 LADERA CORTE | 3/2011 - 3/2011 | |
| SAN RAMON, CA 94583-1729 | | |
| CONTRA COSTA COUNTY | | |

**Census Data for Geographical Region**

Median Head of Household Age: 36

Median Income: $129,225

Median Home Value: $753,555

Median Education: 15 years

**Household Members**

None Listed

**Other Associates**

None Listed


**5: 5805 PALM AVE APT 104 SACRAMENTO, CA 95841-2957**

| Address | Dates | Phone |
|---|---|---|
| 5805 PALM AVE APT 104 | 9/2009 - 4/2010 | |
| SACRAMENTO, CA 95841-2957 | | |
| SACRAMENTO COUNTY | | |

**Census Data for Geographical Region**

Median Head of Household Age: 38

Median Income: $44,932

Median Home Value: $230,833

Median Education: 13 years

**Household Members**

None Listed

**Other Associates**

None Listed


**6: PALM AVE SACRAMENTO, CA 95814**

| Address | Dates | Phone |
|---|---|---|
| PALM AVE | 9/2009 - 3/2010 | |

SACRAMENTO, CA 95814

SACRAMENTO COUNTY

**Household Members**

None Listed

**Other Associates**

None Listed


**7: PO BOX 30098 WALNUT CREEK, CA 94598-9098**

| Address | Dates | Phone |
|---|---|---|
| PO BOX 30098 | 4/2007 - 9/2008 | |

WALNUT CREEK, CA 94598-9098

CONTRA COSTA COUNTY

**Census Data for Geographical Region**

Median Head of Household Age: 49

Median Income: $134,274

Median Home Value: $902,947

Median Education: 16 years

**Household Members**

None Listed

**Other Associates**

None Listed

**8: 206 AVALON DR DALY CITY, CA 94015-4601**

| Address | Dates | Phone |
|---|---|---|

206 AVALON DR · 1/1983 - 1/1983

DALY CITY, CA 94015-4601

SAN MATEO COUNTY

**Census Data for Geographical Region**

Median Head of Household Age: 46

Median Income: $83,724

Median Home Value: $639,363

Median Education: 13 years

**Household Members**

None Listed

**Other Associates**

None Listed

# Real Property - 4 records found

### 1: Assessment Record for CONTRA COSTA County, CA

**Owner Information**

**Name:**   EDWINSON MARGARET R

**Property Information**

**Address:**   4664 SUGARLAND CIR CONCORD, CA 94521-4311

**County/FIPS:**   CONTRA COSTA

**Data Source:**   A

**Legal Information**

**Assessor's Parcel Number:**   133-462-006-7

**Recording Date:**   06/29/2000

**Mortgage Information**



### Assessment Information

**Assessed Value:** ███████

## 2: Deed Record for CONTRA COSTA County

### Buyer Information

**Name:** EDWINSON, MARGARET

**Address:** 4664 SUGARLAND CIR CONCORD, CA 94521-4311

**County/FIPS:** CONTRA COSTA

### Property Information

**Address:** 4664 SUGARLAND CIR CONCORD, CA 94521-4311

**County/FIPS:** CONTRA COSTA

**Data Source:** A

### Lender Information

**Name:** ███████████████

### Legal Information

**Assessor's Parcel Number:** 133-462-006-7

**Contract Date:** 11/25/2016

**Recording Date:** 12/01/2016

**Document Number:** 261283

**Document Type:** DEED OF TRUST

### Mortgage Information



## 3: Assessment Record for CONTRA COSTA County, CA

### Owner Information

**Name:** EDWINSON MARGARET R

**Address:** 4664 SUGARLAND CIR CONCORD, CA 94521-4311

**County/FIPS:** CONTRA COSTA

### Property Information

**Address:** 4664 SUGARLAND CIR CONCORD, CA 94521-4311

**County/FIPS:** CONTRA COSTA

**Data Source:** B

### Legal Information

**Assessor's Parcel Number:** 133-462-006

**Recording Date:** 06/29/2000

### Assessment Information

**Assessed Value:** ██████

## 4: Deed Record for CONTRA COSTA County

### Buyer Information

**Name:** EDWINSON, MARGARET R

**Address:** 4664 SUGARLAND CIR CONCORD, CA 94521-4311

**County/FIPS:** CONTRA COSTA

### Seller Information

**Name:** EDWINSON, MICHAEL

**Address:** 4664 SUGARLAND CIR CONCORD, CA 94521-4311

**County/FIPS:** CONTRA COSTA

### Property Information

**Address:** 4664 SUGARLAND CIR CONCORD, CA 94521-4311

**County/FIPS:** CONTRA COSTA

**Data Source:** B

### Lender Information

**Name:** ████████████████

### Legal Information

**Assessor's Parcel Number:** 133-462-006

**Contract Date:** 06/20/2000

**Recording Date:** 06/29/2000

**Document Number:** 2000-137513

**Document Type:** INTRAFAMILY TRANSFER & DISSOLUTION

**Mortgage Information**



**Motor Vehicle Registrations - 1 records found**
**Boats - 0 records found**
**Aircraft - 0 records found**
**Bankruptcy Information - 0 records found**
**Judgments/Liens - 0 records found**


**1: Non-Governmental Vehicle Record**

**Vehicle Information**

**VIN:** 4T1BD1FK9DU085300

**Class:** PASSENGER CAR/LIGHT TRUCK

**Model Year:** 2013

**Make:** Toyota

**Model:** Camry

**Series:** HYBRID/LE/XLE

**Body Style:** Sedan 4 Door

**Owner Information**

**Name:** EDWINSON, MARGARET

**DOB:** 4/1953

**Address:** 4664 SUGARLAND CIR

CONCORD, CA 94521-4311

CONTRA COSTA COUNTY

**Source Date First Seen:** 2/15/2013

**Source Date Last Seen:** 4/20/2017

**Source Information**

**Data Source:** NON-GOVERNMENTAL

**UCC Liens - 0 records found**
**Fictitious Businesses - 1 records found**
**Notice Of Defaults - 0 records found**

**1: Fictitious Businesses**

### Business Information

|  |  |
|---|---|
| **Name:** | TRAVEL VISION |
| **Office Address:** | 4664 SUGARLAND CIR |
|  | CONCORD, CA 94521-4311 |
| **Mailing Address:** | 4664 SUGARLAND CIR |
|  | CONCORD, CA 94521-4311 |
| **Jurisdiction:** | CA |
| **Phone:** | None Listed |
| **Filing Date:** | 06/05/1996 |
| **Business Description:** | TRAVEL AGENCY & BUREAU |
| **SIC:** | 472402 |

### Contact Information

|  |  |
|---|---|
| **Name:** | MARGARET EDWINSON |
| **Address:** | 4664 SUGARLAND CIR |
|  | CONCORD, CA 94521-4311 |
| **Contact Type:** | CONTACT |

## Potential Relatives - 10 records found
### 1st Degree: 10



Exhibit 5

A344517

13587907

DO NOT WRITE IN THIS SPACE

**FILED**
In the office of the Secretary of State
of the State of California

JAN 22 1988

March Fong Eu
MARCH FONG EU, Secretary of State

AMENDED
STATEMENT AND DESIGNATION
BY
FOREIGN CORPORATION

COSTCO WHOLESALE CORPORATION
_____

_____, a corporation

organized and existing under the laws of Washington_____,
and which is presently qualified for the transaction of intrastate business in the
State of California, makes the following statements and/or designation:

      That the name of the corporation has been changed to that hereinabove set forth

 and that the name relinquished at the time of such change was _____

CWC Corporation which will do business in California as Washington

Wholesalers Inc.
_____


                        COSTCO WHOLESALE CORPORATION
                        (Name of Corporation)

                        (Signature of corporate officer)

                                          Corporate
                        Michael D. Anderton, Secretary
                        (Typed name and title of officer signing)


INSTRUCTIONS:


1.  If this Amended Statement shows a change of corporate name, there must be
    attached to this Amended Statement a certificate of an authorized public official
    of the state or place of incorporation, that such change of name was made in
    accordance with the laws of that state or place.

2.  For filing this Amended Statement there is a fee of $15.00.

(CALIF. - 1320 - 3/27/87)



# STATE of WASHINGTON   SECRETARY of STATE

**I, Ralph Munro,** Secretary of State of the State of Washington and custodian of its seal,

hereby certify that according to the records on file in my office

Articles of Merger between CWC CORPORATION, a Washington corporation,

and COSTCO WHOLESALE CORPORATION, a Delaware corporation, whereby

CWC CORPORATION is the surviving corporation under the name

COSTCO WHOLESALE CORPORATION were received and filed in this

office September 1, 1987.

Date:   September 1, 1987
Given under my hand and the seal of the State
of Washington, at Olympia, the State Capitol.

_____
Ralph Munro, Secretary of State

SSF 6-A

# Exhibit 6

18-622055



**Secretary of State**
**Statement of Information**
(California Stock, Agricultural
Cooperative and Foreign Corporations)

**SI-550**

43

**FILED**
Secretary of State
State of California

**APR 12 2018**

**IMPORTANT** — Read instructions **before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027

*This Space For Office Use Only*

**2. 7-Digit Secretary of State File Number**

**C1587907**

**3. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>999 Lake Drive | Issaquah | WA | 98027 |
| b. Mailing Address of Corporation, if different than item 3a<br>P.O. Box 35005 Attn: Licensing | Seattle | WA | 98124-3405 |
| c. Street Address of Principal California Office, if any and if different than item 3a - Do not list a P.O. Box<br>4649 Morena Boulevard | San Diego | CA | 92117 |

**4. Officers**  The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ | First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|---|
| Walter | | Craig | Jelinek | | | |
| Address | | | City (no abbreviations) | State | Zip Code | |
| 999 Lake Drive | | | Issaquah | WA | 98027 | |
| b. Secretary | First Name | Middle Name | Last Name | | | Suffix |
| John | | Christopher | Sullivan | | | |
| Address | | | City (no abbreviations) | State | Zip Code | |
| 999 Lake Drive | | | Issaquah | WA | 98027 | |
| c. Chief Financial Officer/ | First Name | Middle Name | Last Name | | | Suffix |
| Richard | | Alan | Galanti | | | |
| Address | | | City (no abbreviations) | State | Zip Code | |
| 999 Lake Drive | | | Issaquah | WA | 98027 | |

**5. Director(s)**  California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a:** At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| Hamilton | Evans | James | | | |
| Address | | City (no abbreviations) | State | Zip Code | |
| 345 Park Avenue | | New York | NY | 10154 | |

b. Number of Vacancies on the Board of Directors, if any

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| | | | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State | Zip Code | |
| | | | CA | | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
C T Corporation System   C0168476

**7. Type of Business**

Describe the type of business or services of the Corporation
Wholesale/Retail Membership Warehouse

**8. The information contained herein, including in any attachments, is true and correct.**

| 04/04/2018 | Gail E. Tsuboi | AVP/Asst. Sec. | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

1/2

2017 California Secretary of State
www.sos.ca.gov/business/be



**Attachment to
Statement of Information**
(California Stock and Agricultural
Cooperative Corporations)

| SI-550A
Attachment |

**A. Corporation Name**

Costco Wholesale Corporation

**B. 7-Digit Secretary of State File Number**

C1587907

This Space For Office Use Only

**C. List of Additional Director(s)** – If the corporation has more than one director, enter the additional directors' names and addresses.

| 5b. First Name | Middle Name | Last Name | | | Suffix |
|---|---|---|---|---|---|
| Susan | Lynne | Decker | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 999 Lake Drive | Issaquah | | | WA | 98027 |
| 5c. First Name | Middle Name | Last Name | | | Suffix |
| John | Walter | Meisenbach | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 1325 4th Avenue | Seattle | | | WA | 98101 |
| 5d. First Name | Middle Name | Last Name | | | Suffix |
| Charles | Thomas | Munger | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 355 S. Grand Avenue, 34th Floor | Los Angeles | | | CA | 90071 |
| 5e. First Name | Middle Name | Last Name | | | Suffix |
| Jeffrey | Scott | Raikes | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 2157 N. Northlake Way, Suite 220 | Seattle | | | WA | 98103 |
| 5f. First Name | Middle Name | Last Name | | | Suffix |
| John | William | Stanton | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 999 Lake Drive | Issaquah | | | WA | 98027 |
| 5g. First Name | Middle Name | Last Name | | | Suffix |
| Mary | Agnes | Wilderotter | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 19890 Shenandoah Road | Plymouth | | | CA | 95669 |
| 5h. First Name | Middle Name | Last Name | | | Suffix |
| Kenneth | Darnell | Denman | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 999 Lake Drive | Issaquah | | | WA | 98027 |
| 5i. First Name | Middle Name | Last Name | | | Suffix |
| Richard | Alan | Galanti | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 999 Lake Drive | Issaquah | | | WA | 98027 |
| 5j. First Name | Middle Name | Last Name | | | Suffix |
| Walter | Craig | Jelinek | | | |
| **Address** | **City (no abbreviations)** | | | **State** | **Zip Code** |
| 999 Lake Drive | Issaquah | | | WA | 98027 |