1 SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
2 CHERIE J. EDSON (State Bar No. 208598)
cje@severson.com
3 SEVERSON & WERSON
A Professional Corporation
4 One Embarcadero Center, Suite 2600
San Francisco, California 94111
5 Telephone: (415) 398-3344
Facsimile: (415) 956-0439
6
7 Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARGARET EDWINSON, | Case No. 4:20-cv-02705-HSG |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES FOR FACT DISCOVERY AND DESIGNATION OF EXPERT WITNESS INFORMATION** |
| COSTCO WHOLESALE CORPORATION and Does 1 through 10, inclusive, | |
| Defendants. | |

## RECITALS

The parties to this action, by and through their respective attorneys of record, respectfully submit the following Stipulation and [Proposed] Order to Extend the Deadline for Fact Discovery:

WHEREAS, on August 4, 2020 the Initial Case Management Conference was held in this matter;

WHEREAS, on August 12, 2020, this Court issued a Scheduling Order, which provided the following deadlines:

1. Close of Fact Discovery: March 15, 2021;
2. Designation of Experts: April 5, 2021;
3. Last Day for Hearing on Dispositive Motions: April 15, 2021;
4. Pre-Trial Conference: July 6, 2021;

5. Jury Trial: July 26, 2021.

WHEREAS, Costco received Plaintiff's verified discovery responses on August 14, 2020, and promptly issued subpoenas to the medical providers Plaintiff identified in her responses;

WHEREAS, Costco has not yet received Plaintiff's complete subpoenaed medical records or employment records;

WHEREAS, based on Plaintiff's discovery responses and Plaintiff's medical records received to date, counsel for Costco is informed and believes that Plaintiff had a pre-existing medical condition that resulted in her need for surgery after the accident, and therefore needs to acquire Plaintiff's complete medical records and depose Plaintiff's prior treating physicians;

WHEREAS, due to the impact of COVID-19 causing issues with obtaining Plaintiff's complete medical records, the parties cannot meaningfully proceed with taking the depositions of Plaintiff's treating physicians;

WHEREAS, the parties wish to participate in mediation in good faith, and to devote their efforts at resolving this matter at mediation, and, to that end, wish to perform the depositions of Plaintiff's treating physicians and liability percipient witnesses until after mediation so as to preserve those resources for potential resolution;

WHEREAS, the parties are scheduled to mediate this matter on March 3, 2021 with mediator Craig Needham;

WHEREAS, to allow sufficient time to conduct the necessary fact discovery and conduct the necessary depositions after mediation if unsuccessful, the parties have agreed to stipulate to extend the fact discovery deadline from March 15, 2021 to April 26, 2021;

WHEREAS, to allow sufficient time to conduct the necessary fact discovery, acquire the necessary deposition testimony, and participate in mediation before significant expenses are incurred, the parties have agreed to stipulate to extend the expert designation deadline from April 5, 2021 to May 10, 2021;

WHEREAS, the parties do not wish to modify any other deadlines in this matter.

WHEREAS, the parties will not be prejudiced by an extension of time to conduct fact discovery, make their expert disclosures and conduct expert depositions. This is the first such

extension requested by the parties.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that the current deadline of March 15, 2021 for fact discovery is extended to April 26, 2021, and the current deadline of April 5, 2021 for expert designation and production of expert reports is extended to May 17, 2021.

**IT IS SO STIPULATED.**

DATED:  February 12, 2021          MOADDEL KREMER & GEROME LLP

By: _/s/ Brent Gerome_
Brent Gerome

Attorneys for Plaintiff MARGARET EDWINSON

DATED:  February 12, 2021          SEVERSON & WERSON
A Professional Corporation

By: _/s/ Cherie J. Edson_
Sharon C. Collier
Cherie J. Edson

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

**ORDER**

**IT IS SO ORDERED.**

DATE:  2/16/2021

HON. JUDGE HAYWOOD S. GILLIAM, JR.