Erik S. Velie [Bar No. 252446]
VICTORY LAW GROUP, LLP
24324 Walnut Street
Newhall, CA 91321
Telephone: (661) 367-6512
Facsimile: (855) 640-7962

Carl Kremer [Bar No. 251804]
Brent Gerome [Bar No. 291698]
MOADDEL KREMER & GEROME LLP
3435 Wilshire Boulevard, Suite 2430
Los Angeles, California 90010
Telephone: (323) 900-0260
Facsimile: (323) 999-5109

Attorneys for Plaintiff, MARGARET EDWINSON

SHARON C. COLLIER (Bar No. 203450)
CHERIE J. EDSON (Bar No. 208598)
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION,

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET EDWINSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION a California Corporation and DOES 1 to 100 ,<br><br>　　　　Defendant. | CASE NO. 4:20-cv-02705-HSG<br>[District Judge: Haywood S. Gilliam, Jr]<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr |

1   Whereas. Plaintiff MARARET EDWINSON and Defendant COSTCO
2   WHOLESALE CORPORATION have settled this matter by way of written
3   Settlement Agreement And General Release on or about March 4, 2021.
4   THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff
5   MARGARET EDWINSON and Defendant COSTCO WHOLESALE
6   CORPORATION through their designated counsel that the above-captioned action
7   should be dismissed without prejudice in its entirety and as to all actions, pursuant
8   to FRCP 41(a)(1)(A).  The parties further stipulate that the parties shall bear their
9   own attorney's fees, expenses and costs.

10  DATED:  March 15, 2020          MOADDEL KREMER & GEROME LLP

12                                  By:     /s/ Brent Gerome
13                                          Brent Gerome
                                            Attorneys for Plaintiff, MARGARET
14                                          EDWINSON

16  DATED:  March 15, 2020          VICTORY LAW GROUP LLP

18                                  By:     /s/ Erik Velie
19                                          Erik Velie
                                            Attorneys for Plaintiff, MARGARET
20                                          EDWINSON

22  DATED:  March 15, 2020          SEVERSON & WERSON

24                                  By:     /s/ Cherie Edson
                                            Cherie Edson
25                                          Attorneys for Defendant COSTCO
26                                          WHOLESALE CORPORATION

27
28

2
STIPULATION OF DISMISSAL AND ORDER

The Court having considered the stipulation of the parties and good cause appearing therefore, orders as follows:

1. The action is dismissed without prejudice in its entirety.

2. Each party shall bear their own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the Written Agreement and General Release executed March 4, 2021.

IT IS SO ORDERED

DATED: ___3/22/2021___

By: _____
Honorable Haywood S. Gilliam Jr.,
United States Judge of the Northern
District of California